# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BELINDA O., | : |
| Plaintiff, | : Case No. 2:22-cv-0080 |
| v. | : Chief Judge Algenon L. Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Kimberly A. Jolson |
| Defendant. | : |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised, it is therefore **ORDERED** that:

1. The parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (ECF No. 11) is **ACCEPTED**. The Commissioner shall pay Plaintiff's attorney fees in the amount of $3,083.33.

2. Counsel for the parties shall verify whether or not Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the fee award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

3. This case remains terminated on the Court's docket.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 8, 2022